Case Nos. 12-56067, 12-56068, 12-56077 (Consolidated)
_____

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
_____

ESTATE OF ROBERT GRAHAM *et al.*,

*Plaintiffs-Appellants,*

versus

SOTHEBY'S, INC.,

*Defendant-Appellee.*

_____

THE SAM FRANCIS FOUNDATION *et al.*,

*Plaintiffs-Appellants,*

versus

CHRISTIE'S, INC.,

*Defendant-Appellee.*

_____

THE SAM FRANCIS FOUNDATION *et al.*,

*Plaintiffs-Appellants,*

versus

EBAY INC.,

*Defendant-Appellee.*

_____

On Appeal From the United States District Court, Central District of California, Case Nos. CV 11-8604 JHN (FFMx), CV 11-8605 JHN (FFMx), CV 11-8622 JHN (PLAx)
The Honorable Jacqueline H. Nguyen
_____

**DEFENDANT-APPELLEE EBAY INC.'S MOTION TO STRIKE A PORTION OF PLAINTIFFS-APPELLANTS' REPLY BRIEF OR, IN THE ALTERNATIVE, FOR LEAVE TO FILE A SUR-REPLY**

_____

COOLEY LLP
JOHN C. DWYER (136533) (dwyerjc@cooley.com)
ANGELA L. DUNNING (212047) (adunning@cooley.com)
JOSHUA M. SIEGEL (jsiegel@cooley.com)
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306-2155
(650) 843-5000 (telephone)
(650) 849-7400 (facsimile)

MICHAEL G. RHODES (116127) (rhodesmg@cooley.com)
101 California Street, 5th Floor
San Francisco, California 94111
(415) 693-2000 (telephone)
(415) 693-2222 (facsimile)

*Attorneys for Defendant-Appellee*
eBay Inc.

## ARGUMENT

Defendant-Appellee eBay Inc. ("eBay") respectfully requests that the Court strike the portion of Plaintiffs-Appellants' Reply Brief that asserts an argument that was not previously raised or, in the alternative, grant leave to eBay to file the Sur-Reply which is submitted herewith.

As grounds for this Motion, eBay joins in and incorporates by reference the facts and argument contained in the Motion of Christie's, Inc. and Sotheby's, Inc. to Strike a Portion of Plaintiffs' Reply Brief, or, in the Alternative, to Permit a Surreply, Dkt. No. 61-1.

## CONCLUSION

For the foregoing reasons, the Court should grant this Motion.

2

Dated:  January 30, 2014	Respectfully submitted,

	COOLEY LLP

	*/s/ John C. Dwyer*
	John C. Dwyer (136533)
	Angela L. Dunning (212047)
	Joshua M. Siegel
	Five Palo Alto Square, 4th Floor
	3000 El Camino Real
	Palo Alto, CA 94306-2155
	Tel: (650) 843-5000
	Fax: (650) 857-0663

	Michael G. Rhodes (116127)
	101 California Street, 5th Floor
	San Francisco, California 94111
	Tel: (415) 693-2000
	Fax: (415) 693-2222

	*Attorneys for Defendant-Appellee*
	eBay Inc.

2

## CERTIFICATE OF SERVICE

I, Angela L. Dunning, hereby certify pursuant to Federal Rule of Appellate Procedure 25(d) and Circuit Rule 25-5(g) that I electronically filed the foregoing with the Clerk of the Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system on January 30, 2014. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

Dated: January 30, 2014          By:     */s/ Angela L. Dunning*
                                         Angela L. Dunning
                                         COOLEY LLP
                                         Five Palo Alto Square, 4th Floor
                                         3000 El Camino Real
                                         Palo Alto, CA 94306-2155
                                         Tel: (650) 843-5000

212386 v1/DC